# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

IN RE:                                                    CASE NO.: 18-27035-JNP
                                                          **CHAPTER 13**

Gregory C. Tobias,

  Debtor,

Rosalind M Russ-Tobias,

  Joint Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Ste 502
Philadelphia, PA 19107

GREGORY C. TOBIAS
110 SWEET BAY AVENUE
SICKLERVILLE, NJ 08081

ROSALIND M RUSS-TOBIAS
110 SWEET BAY AVENUE
SICKLERVILLE, NJ 08081

ISABEL C. BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com