1    MORTON & CRAIG LLC
     John R. Morton, Jr., Esq.
2    110 Marter Ave.
     Suite 301
3    Moorestown, NJ 08057
     Telephone: 856-866-0100
4    Attorney for: AmeriCredit Financial Services, Inc., dba GM
     Financial
5

6

7                    UNITED STATES BANKRUPTCY COURT

8                       DISTRICT OF NEW JERSEY

9
                                  )
10   In re:                        )  Case No. 18-27035(JNP)
                                  )
11   GREGORY TOBIAS                )  Chapter 13
     ROSALIND RUSS-TOBIAS          )
12                                 )  Hearing Date: 11-7-18
                                  )
13                                 )  **OBJECTION TO CONFIRMATION**
     _____ )
14

15      AmeriCredit Financial Services, Inc., dba GM Financial ("GM

16   FINANCIAL"), a secured creditor of the debtors, objects to

17   the confirmation of the debtors' plan for the following

18   reasons:

19   a. **Plan Silent and should be amended to provide for payment**
20
        **of pre-petition arrears:**   GM FINANCIAL has a first
21
     purchase money security interest encumbering 2014 Toyota
22
     Corolla owned by the debtor.  At filing the loan
23
24   encumbering the vehicle was one month in arrears pre-

25   petition in the amount of $314.20.  Part 4b of the plan

26   should be amended to provide for payment of pre-petition
27
     arrears of $314.20 to GM Financial with current payments
28
     to be paid directly, outside the plan to GM Financial.
29

b. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  GM FINANCIAL Dealer Services must be listed as loss payee or additional insured. **The debtor must provide GM FINANCIAL with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the debtor provide proof of insurance**.

c. GM FINANCIAL must retain its lien on the vehicle after confirmation and the plan must provide for this.

/s/ John R. Morton, Jr.____
John R. Morton, Jr., attorney for GM FINANCIAL

Dated: 9-27-18