In re:                                                              Bankr. Case No. 18-27035-13

GREGORY C. TOBIAS                                                              Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                  Bankr. Case No. 18-27035-13

GREGORY C. TOBIAS                                                     Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 4, 2018 :

BRAD J SADEK                          US Trustee
1315 WALNUT ST                        U.S. Trustee
PHILADELPHIA, PA  19107               US Dept of Justice
                                      Office of the US Trustee
                                      One Newark Center Ste 2100
                                      Newark, NJ 07102

                                      By  /s/ Mandy Youngblood
                                          _____
                                          Mandy Youngblood

xxxxx27383 / 967460