| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

**Sadek and Cooper Law Offices**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**215-545-0008**

**Attorney for Debtors**

In Re:
    Gregory C Tobias
    Rosalind M Russ-Tobias

Case No.: **18-27035**
Chapter: **13**
Judge:

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☑ Schedule D - Creditors Holding Secured Claims     ☐ Schedule H - Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims     ☑ List of Creditors (Matrix)

☐ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G - Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G, or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

**Addition of GM Financial (Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057)**

*rev. 8/1/15*

I certify under penalty of perjury that the above information is correct:

Date: **November 1, 2018**  Debtor's signature: **/s/ Gregory C Tobias**

Date: **November 1, 2018**  Debtor's signature: **/s/ Rosalind M Russ-Tobias**

* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $31 fee.