**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Gregory C Tobias**
**Rosalind M Russ-Tobias**

Case No.: **18-27035**
Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original        ☑ Modified/Notice Required        Date: November 1, 2018
☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney _____     Initial Debtor: **GCT**     Initial Co-Debtor **RMR**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **613.00 Monthly** to the Chapter 13 Trustee, starting on **December 1, 2018** for approximately **57** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
  ☑ Future Earnings
  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Brad J. Sadek, Esquire** | **Attorney Fees** | **2,755.00**<br>**To be paid through plan** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
  ☑ None

2

|  |  |  |  |
|---|---|---|---|
| ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): | | | |
| Creditor | Type of Priority | Claim Amount | Amount to be Paid |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Seterus, Inc.** | **110 Sweet Bay Avenue Sicklerville, NJ 08081 Camden County** | **20230.35** | **0.00** | **20230.35** | **Paid Directly** |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Santander Consumer USA** | **2013 Nissan Pathfinder 130000 miles** | **1,151.00** | **0.00** | **1,151.00** | **Paid Directly** |
| **Gm Financial** | **2014 Toyota Corolla 78,795 Miles** | **314.20** | **0.00** | **314.20** | **Paid Directly** |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
| -NONE- | | | | | | | |

**the appropriate motion to be filed under Section 7 of the Plan.**

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☑ Not less than **100%** percent *Excluding student loans. Debtor will address them outside of the Bankruptcy Plan.

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 7: Motions | **X** NONE |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ✓ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ✓ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ✓ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

| Part 8: Other Plan Provisions |
|---|

    a. **Vesting of Property of the Estate**
        ✓ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:
        1)   Ch. 13 Standing Trustee Commissions
        2)   **Other Administrative Claims**
        3)   **Secured Claims**
        4)   **Lease Arrearages**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

        5) **Priority Claims**
        6) **General Unsecured Claims**

    **d. Post-Petition Claims**

    The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To amend mortgage arrearage amount for Seterus, Inc. and to add arrearage for GM financial** | **Seterus, Inc. mortgage arrears increased and GM Financial arrearage added.** |

Are Schedules I and J being filed simultaneously with this Modified Plan? ☐ Yes ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: November 1, 2018      **/s/ Gregory C Tobias**
                                       **Gregory C Tobias**
                                       Debtor

Date: November 1, 2018      **/s/ Rosalind M Russ-Tobias**
                                       **Rosalind M Russ-Tobias**
                                       Joint Debtor

Date    November 1, 2018      **/s/ Brad J. Sadek, Esquire**
                                       **Brad J. Sadek, Esquire**
                                       Attorney for the Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

```
                                  United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                    Case No. 18-27035-JNP
Gregory C. Tobias                                                         Chapter 13
Rosalind M Russ-Tobias
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2              Date Rcvd: Nov 07, 2018
                               Form ID: pdf901              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db/jdb       +Gregory C. Tobias,   Rosalind M Russ-Tobias,    110 Sweet Bay Avenue,
               Sicklerville, NJ 08081-3428
cr           +Americredit Financial Services, Inc., dba GM Finan,   PO Box 183853,    Arlington, TX 76096-3853
cr           +Federal National Mortgage Association (Fannie Mae),   RAS Citron, LLC,
               130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
517767772    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,    dba GM Financial,
               PO Box 183853,   Arlington, TX 76096)
517721251    +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,    Wilmington, DE 19899-8801
517833415    +Crossroads Associates of Winslow, LLC,   Needleman Management Company, Inc.,
               1060 North Kings Highway,   Suite 250,   Cherry Hill, NJ 08034-1910
517832701    +Crossroads Association of Winslow,   1060 N. Kings Hwy.,    Suite 250,
               Cherry Hill, NJ 08034-1910
517721253    +Dept of Ed / 582 / Nelnet,   Attn: Claims,   Po Box 82505,    Lincoln, NE 68501-2505
517852330    +FEDERAL NATIONAL MORTGAGE ASSOCIATION(FANNIE MAE),    Seterus, Inc.,   PO Box 1047,
               Hartford CT 06143-1047
517728185    +Federal National Mortgage Association,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
               Fairfield, NJ 07004-2927
517721254    +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
517852030    +GM Financial,   Morton & Craig LLC,   110 Marter Avenue,   Suite 301,
               Moorestown, NJ 08057-3125
517850915    +Morton & Craig LLC,   on behalf of GM Financial,   110 Marter Avenue,   Suite 301,
               Moorestown, NJ 08057-3124
517721258    +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
517721259    +Ras Citron Law Offices, LLC,   130 Clinton Rd,   Suite #202,   Fairfield, NJ 07004-2927
517721261    +Remex Inc,   Attn: Bankruptcy,   307 Wall St.,   Princeton, NJ 08540-1515
517721262    +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
517721263    +Seterus, Inc.,   Attn: Bankruptcy,   Po Box 1077,   Hartford, CT 06143-1077
517840937     UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
               MADISON, WI 53708-8973
517721264    +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
               Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2018 23:53:03     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2018 23:52:57     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517721252    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 23:52:41
               Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
               Columbus, OH 43218-2125
517721255    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2018 23:52:57     Midland Funding,
               2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
517815694    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2018 23:52:57     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517776958    +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2018 23:54:21     Midnight Velvet,
               c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
517721256    +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2018 23:54:21     Midnight Velvet/Swiss Colony,
               Attn: Bankruptcy,   Po Box 2830,   Monroe, WI 53566-8030
517846357     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 00:17:08
               Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
517851675     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 23:51:11
               Portfolio Recovery Associates, LLC,   c/o Mastercard Black,   POB 41067,   Norfolk VA 23541
517721257    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 23:51:11
               Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
517797545    +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2018 23:53:19     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517848630     E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2018 23:52:50
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517721260     E-mail/Text: colleen.atkinson@rmscollect.com Nov 07 2018 23:54:13     Receivable Management Inc,
               7206 Hull Rd,   Ste 211,   Richmond, VA 23235
517722570    +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 23:50:26     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1           User: admin             Page 2 of 2             Date Rcvd: Nov 07, 2018
                               Form ID: pdf901         Total Noticed: 34
```

```
cr*            +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),    RAS CITRON, LLC,
                130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517787550*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:     Americredit Financial Services, Inc.,    DBA GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
517815701*     +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Brad J. Sadek    on behalf of Joint Debtor Rosalind M Russ-Tobias bradsadek@gmail.com,
               bradsadek@gmail.com
              Brad J. Sadek    on behalf of Debtor Gregory C. Tobias bradsadek@gmail.com,    bradsadek@gmail.com
              Harold N. Kaplan    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)
               hkaplan@rasnj.com,    informationathnk@aol.com
              Harold N. Kaplan    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               hkaplan@rasnj.com,    informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```